# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HELEN LEBITSKI, ) | |
|       Plaintiff, ) | Case No.  2:14-cv-00686-APG-GWF |
| vs. ) | **ORDER** |
| ALBERTSONS, LLC, ) | |
|       Defendant. ) | |

    This matter is before the Court on the Joint Status Report (#21) filed November 7, 2014, wherein the parties advised the court that this matter had been settled, and that the parties were in the process of finalizing a settlement agreement.  To date the parties have not filed dismissal papers.  Accordingly,

    **IT IS ORDERED** counsel for the parties shall file a status report by **February 13, 2015** advising the Court of the status of the settlement.

    DATED this 2nd day of February, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge